UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guidant Sales Corp., and Cardiac Pacemakers Inc.,

Plaintiffs,

v.

James Niebur and Jason Sawyer

Defendants.

Civil File No. 01-1772 DWF/AJB

**STIPULATION AS TO DISCOVERY; ORDER THEREON**

Whereas, the Court has scheduled a pretrial conference for December 19, 2001; and

Whereas, on October 18, 2001, the Honorable Donovan Frank entered an Order enjoining defendants from certain conduct, as more fully set forth in that Order; and

Whereas, defendants have appealed from the foregoing Order; and

Whereas, defendants have moved to dismiss or transfer this action, and defendants' motion is scheduled to be heard before the Honorable Donovan Frank on January 11, 2002.

Plaintiffs Guidant Sales Corp. and Cardiac Pacemakers Inc., and defendants James Niebur and Jason Sawyer, by and through their undersigned counsel, stipulate and agree that the Court may enter the following order:

Order

Based on the foregoing stipulation, the Court enters the following Order:

1. The pretrial conference set for December 19, 2001 is stricken from the calendar.

DEC 0 6 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2. Within ten (10) days following receipt of an order on defendants' pending motion to dismiss or transfer, defendants shall contact this Court to schedule a pretrial conference.

FAEGRE & BENSON LLP

By [signature]
Robert Schnell # 97329
Julie Knox Chosy # 225228
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone (612) 766-7225

Attorneys for Plaintiffs Guidant Sales Corp. and Cardiac Pacemakers Inc.

DORSEY & WHITNEY LLP

By [signature]
Michael A. Lindsay #0163466
Suite 1500
50 South 6th Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

James A. Gale (pro hac vice)
Michael J. Weber (pro hac vice)
FELDMAN GALE AND WEBER, P.A.
Miami Center, 19th Floor
201 S. Biscayne Blvd.
Miami, FL 33131-4332
Telephone: (305) 358-5001

Attorneys for Defendants James Niebur and Jason L. Sawyer

So Ordered.

12/6/01 [signature]