**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Guidant Sales Corp. and
Cardiac Pacemakers, Inc.,

Plaintiffs,

v.

James Niebur and
Jason Sawyer,

Defendants.

Civil No. 01-1772 (DWF/AJB)

**ORDER**

---

Robert L. Schnell, Jr., Esq., Charles F. Webber, Esq., Julie K. Chosy, Esq., and James Poradek, Esq., Faegre & Benson, 2200 Norwest Center, 90 South 7th Street, Minneapolis, Minnesota 55402-3901, counsel for Plaintiffs.

Michael A. Lindsay, Esq. and Charles Moore, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South 6th Street, Minneapolis, Minnesota 55402 and James A. Gale, Esq., and Michael J. Weber, Esq., Feldman, Gale & Weber, 201 South Biscayne Boulevard, 19th Floor, Miami, Florida 33131, counsel for Defendants.

---

The Court respectfully directs the Clerk of Court to retain custody of the physical file in the above-entitled matter with respect to Defendant Niebur until March 12, 2002, so that Plaintiffs may seek appellate review of the Court's February 7, 2002, if necessary.

Dated: February 11, 2002

DONOVAN W. FRANK
Judge of United States District Court

FEB 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK