**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Guidant Sales Corp. and
Cardiac Pacemakers, Inc.,

Plaintiffs,

v.

James Niebur and
Jason Sawyer,

Defendants.

Civil No. 01-1772 (DWF/AJB)

**ORDER**

---

Robert L. Schnell, Jr., Esq., Charles F. Webber, Esq., Julie K. Chosy, Esq., and James Poradek, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402-3901, counsel for Plaintiffs.

Michael A. Lindsay, Esq. and Charles Moore, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South 6th Street, Minneapolis, Minnesota 55402 and James A. Gale, Esq., and Michael J. Weber, Esq., Feldman, Gale & Weber, 201 South Biscayne Boulevard, 19th Floor, Miami, Florida 33131, counsel for Defendants.

---

Based on recent submissions by the parties, the Court issues the following:

**ORDER**

1. That the Court's February 11, 2002, Order be amended such that the Court respectfully directs the Clerk of Court to retain custody of the physical file in this case with respect to Defendant Niebur until February 22, 2002, at which time the file should be transferred to the U.S. District Court for the Central District of Illinois, pursuant to the Court's February 7, 2002, Memorandum Opinion and Order; and

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. That Defendants' Request to File a Motion for Reconsideration is **DENIED**.

Dated: February 19, 2002

DONOVAN W. FRANK
Judge of United States District Court