**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Guidant Sales Corp. and Cardiac Pacemakers, Inc.,

Plaintiffs,

v.

Jason Sawyer,

Defendant.

Civil No. 01-1772 (DWF/AJB)

**ORDER**

---

Robert L. Schnell, Jr., Esq., Charles F. Webber, Esq., Julie K. Chosy, Esq., and James W. Poradek, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, counsel for Plaintiffs.

Michael A. Lindsay, Esq., and Charles C. Moore, Esq., Dorsey & Whitney, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402-1498, and James A. Gale, Esq., and Michael J. Weber, Esq., Feldman Gale & Weber, 201 S. Biscayne Boulevard, 19th Floor, Miami, FL 33131, counsel for Defendant.

---

The above-entitled matter is before the Court on Defendant Jason Sawyer's ("Defendant") motion to modify the injunction entered against him on October 18, 2001. Guidant Salcs Corp. sought the injunction to enforce the non-competition clause in Defendant's employment contract with Guidant Sales Corp. On its face, the non-competition clause of the employment contract was to be effective for 365 days following Defendant's termination from Guidant. Counsel for Defendant represents that he has conferred with counsel for Plaintiffs Guidant Sales Corp. and Cardiac Pacemakers, Inc. ("Plaintiffs"). Defendant represents that Plaintiffs have no intention to

FILED AUG 1 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

enforce the injunction entered against Defendant beyond the 365-day restrictive period set forth in Defendant's agreement, and that Plaintiffs agree that the 365-day period expires on August 20, 2002.

Based upon the presentations of counsel; the Court having reviewed the contents of the Court's file in this matter, as well as the procedural status of the case; and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Defendant Jason Sawyer's motion (Doc. No. __) to modify the injunction entered against him on October 18, 2001 (Doc. No. 33), is **GRANTED** such that the injunction the Court entered on October 18, 2001, enjoining the conduct of Defendant is amended to terminate on August 20, 2002.

Dated: August 19, 2002

DONOVAN W. FRANK
Judge of United States District Court