**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Guidant Sales Corporation and Cardiac Pacemakers, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Jason Sawyer,<br><br>Defendant. | **Civil File No. 01-1772 DWF/AJB**<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS, this action was commenced by Guidant Sales Corporation and Cardiac Pacemakers, Inc., seeking, *inter alia*, to enjoin James Niebur and Jason Sawyer from selling competing products for St. Jude Medical, S.C. ("St. Jude S.C.") for one year beginning August 12, 2001;

WHEREAS, the Court on October 18, 2001 entered an Order granting plaintiffs' motion for a temporary restraining order ("the October 18 Order), which enjoined Niebur and Sawyer "pending completion of a hearing on a preliminary injunction;"

WHEREAS, Niebur and Sawyer appealed the October 18 Order to the United States Court of Appeals for the Eighth Circuit, which appeal had the effect of pretermitting the intended hearing on a preliminary injunction and extending the effect of the Order indefinitely;

WHEREAS, on February 7, 2002, while the appeal was pending, the Court ordered that the action as against Niebur be transferred to the United States District Court for the Central District of Illinois but retained the action as against Sawyer;

FILED JUL 1 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

WHEREAS, the one year period for which the complaint in this action requested that Sawyer be enjoined expired on August 20, 2002, while the appeal was still pending;

WHEREAS, on August 19, 2002, upon the application of Sawyer, which plaintiffs did not oppose, this Court modified the October 18 Order to provide for its termination on August 20, 2002;

WHEREAS, on September 26, 2002, the United States Court of Appeals for the Eighth Circuit dismissed Sawyer's appeal from the October 18 Order as moot;

WHEREAS, the instant case has now been resolved by mutual agreement, and pursuant to said agreement, the parties agree that the October 18 Order should be vacated as moot and all claims in the instant case should be dismissed with prejudice as moot and without any recovery, costs, or attorneys' fees to any party;

IT IS HEREBY STIPULATED by and between the parties to this action, by their undersigned attorneys, that the October 18 Order may be vacated as moot;

IT IS FURTHER STIPULATED that, pursuant to Rule 41(a)(ii), the action may be dismissed with prejudice and without costs to either party.

Dated: July 3, 2003

Robert L. Schnell
Charles F. Webber
Julie Knox Chosy
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000

ATTORNEYS FOR PLAINTIFFS
GUIDANT SALES CORPORATION AND
CARDIAC PACEMAKERS, INC.

Dated: July 9, 2003

James A. Gale
Michael J. Weber
FELDMAN, GALE & WEBER, P.A.
Miami Center – 19th Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 358-5001

Michael A. Lindsay (#163466)
Charles C. Moore (#312216)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT
JASON SAWYER

**ORDER**

On the basis of the foregoing Stipulation, IT IS HEREBY ORDERED that the Order in this action dated October 18, 2001, be vacated as moot and that this action be dismissed with prejudice.

Dated: July 17, 2003

DONOVAN W. FRANK
United States District Judge